# Court of Appeals
# of the State of Georgia

ATLANTA,   June 02, 2021

*The Court of Appeals hereby passes the following order:*

## A21I0212. JONAH ADDIS v. DEAUNA MCQUEEN.

On April 5, 2021, Jonah Addis filed this application for interlocutory appeal,[1] in which he challenges two orders entered by the trial court: (1) a February 18, 2021 "order on [Addis's] motion to set aside judgment on judge's order on supersedeas bond," and (2) a December 20, 2019 "interlocutory order of relief."[2] The record does not contain a certificate of immediate review for either order. We lack jurisdiction.

To obtain review of the trial court's orders, Addis was required to comply with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review within ten days of the orders and filing an application within ten days of the certificate. See *Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999); *Howard v. State*, 194 Ga. App. 857, 857 (392 SE2d 562) (1990). To the extent the trial court's orders are subject to direct appeal, we would still be required to dismiss Addis's application because it is untimely. See *Spivey v. Hembree*, 268 Ga. App. 485, 486, n. 1 (602 SE2d 246) (2004) ("This Court will grant a *timely* application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of

---

[1] Addis filed his application in the Georgia Supreme Court, which transferred it to this Court. Case No. S21I0940 (Apr. 29, 2021).

[2] Addis previously filed an application for interlocutory appeal from the December 20, 2019 order, and this Court granted that application on the basis that the order was subject to direct appeal. Case No. A20I0204 (Apr. 6, 2020). It is unclear whether Addis filed a direct appeal following the grant of that application.

appeal.") (emphasis supplied).

Addis's failure to follow the appropriate appellate procedure deprives this Court of jurisdiction over his application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/02/2021*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*